## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** PHILIP D. & MARGARET H. LONG
- **Case Number:** 16-22408-JAD     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 19, 2017 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#8 - Final Confirmation of Plan Dated 6/30/2016 - NFC
R / M #: 8 / 0

### *Appearances:*

Marcus

Debtor:
Trustee:  Winnecour / Bedford / (Pail) Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to __9:00__, effective _____.
7. __X__ Plan/Motion continued to __3/16/17__ at __9:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED

JAN 25 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/11/2017    3:49:05PM