# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | PHILIP D. & MARGARET H. LONG |
| Case Number: | 16-22408-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 16, 2017 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/17/17 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#8 - Continued Confirmation of Plan Dated 6/30/16 NFC
R / M #:  8 / 0

**Appearances:**

Debtor: Marcus
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to 6/29/17 at 9:30 AM.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Still need 2015 tax return. Business questionnaire & need Op reports Oct - Current. & requested 2016*

*Advised Counsel of need for increase in payments*

3/9/2017    8:59:57AM