# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | PHILIP D. & MARGARET H. LONG |
| Case Number: | 16-22408-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 29, 2017 09:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/30/17 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#8 - Continued Confirmation of Plan Dated 6/30/2016 (NFC)
R / M #:  8 / 0

### *Appearances:*

marcus

Debtor:
Trustee:  Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 9/7/17 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/22/2017  11:18:46AM