# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | PHILIP D. & MARGARET H. LONG |
| Case Number: | 16-22408-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 07, 2017 09:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/8/17 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#8 - Continued Confirmation of Plan Dated 6/30/2017 (NFC)
R / M #:  8 / 0

**Appearances:**

Debtor: Marcus
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

**Proceedings:** Still need Bus. Questionare - op Rpts from April to present
Lien avoidances not done

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 10-5-17.
   Objections are due on or before 10-26-17.
   A hearing on the Amended Plan is set for 11-16-17 at 9:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/31/2017   2:13:55PM