Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Philip D. Long
Margaret H. Long**
   Debtor(s)

Bankruptcy Case No.: 16–22408–JAD
Chapter: 13
Related to Document No.:
Concil. Conf.: November 16, 2017 at 09:00 AM

## ORDER

     On September 7, 2017, a Conciliation Conference was conducted on the June 30, 2017 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

     **AND NOW,** this **8th day of September, 2017**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  ***On or before October 5, 2017,*** the Debtor(s) shall file and serve a copy of this ***Order*** and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

     (2)  ***On or before November 2, 2017,*** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

     (3)  ***On November 16, 2017 at 09:00 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

     (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

     (6)

Dated: September 8, 2017

                                                Jeffery A. Deller
                                                United States Bankruptcy Judge

cm: Debtor
     Robert B. Marcus, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Philip D. Long
Margaret H. Long
       Debtors

Case No. 16-22408-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Sep 08, 2017
                       Form ID: 005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db          +Philip D. Long,    8180 Peebles Road,    Pittsburgh, PA 15237-5759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    BAC BANK OF NY (CWABS 2007-SD1) bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Creditor    BAC BANK OF NY (CWABS 2007-SD1) bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Robert B. Marcus    on behalf of Debtor Philip D. Long attnyrobmarcus@yahoo.com
       Robert B. Marcus    on behalf of Joint Debtor Margaret H. Long attnyrobmarcus@yahoo.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                         TOTAL: 8