Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Philip D. Long
Margaret H. Long**
    Debtor(s)

Bankruptcy Case No.: 16–22408–JAD
Issued Per Nov. 16, 2017 Proceeding
Chapter: 13
Docket No.: 38 – 34, 37
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 26, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑   A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $3,255 as of December 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑   D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑   H.   Additional Terms: The following notice of post–petition mortgage fees, expenses and charges of The Bank of New York Mellon at Claim No. 3 in an amount of $45 will be paid under Plan after objection deadline has passed if no objection filed and sustained. To extent objection is filed and sustained amount will be added to the unsecured pot.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 27, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 16-22408-JAD
Philip D. Long                                                   Chapter 13
Margaret H. Long
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2           Date Rcvd: Nov 27, 2017
                              Form ID: 149          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.
```
db/jdb         +Philip D. Long,    Margaret H. Long,    8180 Peebles Road,    Pittsburgh, PA 15237-5759
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14252957       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    P.O. Box 78143,    Phoenix, AZ 85062)
14252958       +AT&T Wireless,    c/o The Credit Bureau,    520 E. Main Street,    Carnegie, PA 15106-2051
14252962       +BP,    c/o The CBE Group,    Box 3251,    Milwaukee, WI 53201-3251
14252959       +Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
14252960       +Bank of America,    P.O. Box 10227,    Van Nuys, CA 91410-0227
14252961       +Bank of New York,    c/o Joseph A. Goldbeck, Esq.,    111 S. Independence Mall E,
                 Philadelphia, PA 19106-2515
14312218        Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14252963       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
14252964        Capital One,    Arrow Financial,    P.O. Box 469005,    Chicago, IL 60646-9005
14252965       +Capital One Services,    c/o Surpas Resource Corp.,    3120 Hayes Road,    Suite 200,
                 Houston, TX 77082-2622
14252966       +Citifinancial Mortgage,    1111 Northpoint Drive,    Coppell, TX 75019-3831
14252969       +Equitable Gas Company,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14252971        Household Bank,    P.O. Box 17051,    Baltimore, MD 21297-1051
14252975       +J.C. Penney,    c/o Arrow Financial Services,    P.O. Box 469005,    Chicago, IL 60646-9005
14252976       +JCC,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
14252977       +John and Cheryl Fanning,    2495 Foxbriar Court,    Wexford, PA 15090-7812
14252978       +Lazarus,    c/o Allied Data Corp.,    13111 Westheimer,    Suite 400,    Houston, TX 77077-5547
14252980       +Nco,    Po Box 15087,    Wilmington, DE 19850-5087
14252983       +Pathology & Nuclear Medicine,    c/o Diversified Collections,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14318542       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14252984       +Providian National Bank,    c/o Tucker Arensberg,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14252985       +Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
14252986        Verizon,    P.O. Box 646,    Baltimore, MD 21265
14252987       +Verizon,    c/o RMA Inc.,    777 Brooksedge Plaza Drive,    Westerville, OH 43081-4913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14252967       +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2017 01:01:10     Duquense Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14312658       +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2017 01:01:10     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14252972        E-mail/Text: cio.bncmail@irs.gov Nov 28 2017 00:59:56     IRS,    Office of Special Procedures,
                 P.O. Box 628,    Pittsburgh, PA 15230
14252979       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2017 01:00:21     Midland Credit Management,
                 P.O. Box 939019,    San Diego, CA 92193-9019
14252981       +E-mail/Text: bankruptcydepartment@tsico.com Nov 28 2017 01:01:03     Nco Fin/55,    Po Box 15087,
                 Wilmington, DE 19850-5087
14252982       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 01:00:19     PA Dept. of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0001
14258968        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 01:00:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
                                                                                               TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAC BANK OF NY (CWABS 2007-SD1)
cr              Duquesne Light Company
14252968*      +Duquense Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14252970*      +Equitable Gas Company,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14252973*       IRS,    Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
14252974*       IRS,    Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
                                                                                   TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Nov 27, 2017
                              Form ID: 149            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor    BAC BANK OF NY (CWABS 2007-SD1) bkgroup@kmllawgroup.com
          Joshua I. Goldman     on behalf of Creditor    BAC BANK OF NY (CWABS 2007-SD1)
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert B. Marcus    on behalf of Debtor Philip D. Long attnyrobmarcus@yahoo.com
          Robert B. Marcus    on behalf of Joint Debtor Margaret H. Long attnyrobmarcus@yahoo.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```