**PRINT INQUIRY** — Close Window — Click Here to Print this Page

| 16-22408JAD | PHILIP D. LONG (xxx-xx-6028) | 8180 PEEBLES ROAD • • PITTSBURGH • PA • 15237 | $3,255.00 MO | Bar Date(s): | 11/7/2016 (has passed) 12/27/2016 (has passed) |
|---|---|---|---|---|---|
| | MARGARET H. LONG (xxx-xx-1248) | 8180 PEEBLES ROAD • • PITTSBURGH • PA • 15237 | | Confirmed: | 8/11/2016 |
| | Trustee: Ronda J. Winnecour | | Attorney: ROBERT B MARCUS ESQ PC | Case Status: | ACTIVE |

## Financials

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 5/18/2018 | | | DB1136485 5-12-18 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $2,200.00 | |
| 5/18/2018 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $94.60 |
| 4/24/2018 | 3 | BANK OF NEW YORK MELLON - TRUSTEE | 1076206 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,434.00 |
| 3/28/2018 | 3 | BANK OF NEW YORK MELLON - TRUSTEE | 1072977 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,434.00 |
| 3/23/2018 | | | DB136234 3/20/18 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $500.00 | |
| 3/23/2018 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $22.00 |
| 3/14/2018 | | | DB136196 3/9/18 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $1,000.00 | |
| 3/14/2018 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $44.00 |
| 2/23/2018 | 3 | BANK OF NEW YORK MELLON - TRUSTEE | 1069814 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $956.00 |
| 2/20/2018 | | | DB1005320 2-16-18 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $500.00 | |
| 2/20/2018 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $22.00 |
| 2/12/2018 | | | DB136065 2/6/18 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $1,000.00 | |
| 2/12/2018 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $44.00 |
| 1/25/2018 | 3 | BANK OF NEW YORK MELLON - TRUSTEE | 1066582 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $956.00 |
| 1/12/2018 | | | DB135981 1/9/18 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $1,000.00 | |
| 1/12/2018 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $44.00 |
| 12/21/2017 | 0 | ROBERT B MARCUS ESQ PC | 1064648 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1.88 |
| 12/21/2017 | 3 | BANK OF NEW YORK MELLON - TRUSTEE | 1063175 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,747.09 |
| 12/21/2017 | 30 | PA DEPARTMENT OF REVENUE* | 1065305 | INTEREST - MONTHLY DISBURSEMENTS | | $107.15 |
| 12/21/2017 | 30 | PA DEPARTMENT OF REVENUE* | 1065305 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,013.44 |
| 11/21/2017 | 3 | BANK OF NEW YORK MELLON - TRUSTEE | 1059956 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,336.84 |
| 11/20/2017 | | | DB1135802 11-15-17 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $1,000.00 | |
| 11/20/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $44.00 |
| 11/6/2017 | | | DB5194 10/31/17 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $3,000.00 | |
| 11/6/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $132.00 |



EXHIBIT