UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | PHILIP D. & MARGARET H. LONG |
| Case Number: | 16-22408-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 19, 2018 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/23/18 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matters:**

1) #45 - Trustee's Certificate of Default to Dismiss
   +Affidavit by Debtor
   R / M #: 45 / 0

2) #51- Amended Plan Dated 5/30/2018 - FC
   R / M #: 51 / 0

**Appearances:**

Debtor: Morcau
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10/11/18 at 9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* Plan may be unfeasible. Hrg continued for 60 days for Debtors to review their options. Expectation is that either will come back with a feasible proposal or a request for conversion or dismissal.

7/10/2018  3:59:03PM