# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | PHILIP D. & MARGARET H. LONG |
| **Case Number:** | 16-22408-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 11, 2018 09:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/11/18 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#45 - Continued Trustee's Certificate of Default to Dismiss

#51 - Continued Confirmation of Plan Dated 5/30/2018 (FC)
R / M #:  45 / 0

*Appearances:*

Debtor: Sentillan for Marcus
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Debtor has no defense to dismissal.

10/3/2018   4:07:30PM