Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Philip D. Long** | : | Case No. 16−22408−JAD |
| **Margaret H. Long** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per Oct. 11, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this ***The 11th of October, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

                                               Jeffery A. Deller
                                               United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Philip D. Long  
Margaret H. Long  
    Debtors

Case No. 16-22408-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 2      Date Rcvd: Oct 11, 2018  
                 Form ID: 309     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.

```
db/jdb         +Philip D. Long,    Margaret H. Long,    8180 Peebles Road,    Pittsburgh, PA 15237-5759
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14252962       +BP,    c/o The CBE Group,    Box 3251,    Milwaukee, WI 53201-3251
14252960       +Bank of America,    P.O. Box 10227,    Van Nuys, CA 91410-0227
14252961       +Bank of New York,    c/o Joseph A. Goldbeck, Esq.,    111 S. Independence Mall E,
                 Philadelphia, PA 19106-2515
14312218        Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14252964        Capital One,    Arrow Financial,    P.O. Box 469005,    Chicago, IL 60646-9005
14252965       +Capital One Services,    c/o Surpas Resource Corp.,    3120 Hayes Road,    Suite 200,
                 Houston, TX 77082-2622
14252969       +Equitable Gas Company,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14252975       +J.C. Penney,    c/o Arrow Financial Services,    P.O. Box 469005,    Chicago, IL 60646-9005
14252976       +JCC,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
14252977       +John and Cheryl Fanning,    2495 Foxbriar Court,    Wexford, PA 15090-7812
14252978       +Lazarus,    c/o Allied Data Corp.,    13111 Westheimer,    Suite 400,    Houston, TX 77077-5547
14252980       +Nco,    Po Box 15087,    Wilmington, DE 19850-5087
14252983       +Pathology & Nuclear Medicine,    c/o Diversified Collections,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14318542       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14252984       +Providian National Bank,    c/o Tucker Arensberg,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14252985       +Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
14252987       +Verizon,    c/o RMA Inc.,    777 Brooksedge Plaza Drive,    Westerville, OH 43081-4913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14252957        EDI: PHINAMERI.COM Oct 12 2018 06:23:00      Americredit,    P.O. Box 78143,    Phoenix, AZ 85062
14252958       +EDI: CBCSI.COM Oct 12 2018 06:23:00      AT&T Wireless,    c/o The Credit Bureau,
                 520 E. Main Street,    Carnegie, PA 15106-2051
14252959       +EDI: BANKAMER.COM Oct 12 2018 06:23:00      Bank of America,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
14252963        EDI: CAPITALONE.COM Oct 12 2018 06:23:00      Capital 1 Bank,    Attn: C/O TSYS Debt Management,
                 Po Box 5155,    Norcross, GA 30091
14252966       +EDI: CIAC.COM Oct 12 2018 06:23:00      Citifinancial Mortgage,    1111 Northpoint Drive,
                 Coppell, TX 75019-3831
14252967       +E-mail/Text: kburkley@bernsteinlaw.com Oct 12 2018 02:35:22       Duquense Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14312658       +E-mail/Text: kburkley@bernsteinlaw.com Oct 12 2018 02:35:22       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14252971        EDI: HFC.COM Oct 12 2018 06:23:00      Household Bank,    P.O. Box 17051,
                 Baltimore, MD 21297-1051
14252972        EDI: IRS.COM Oct 12 2018 06:23:00      IRS,    Office of Special Procedures,    P.O. Box 628,
                 Pittsburgh, PA 15230
14252979       +EDI: MID8.COM Oct 12 2018 06:23:00      Midland Credit Management,    P.O. Box 939019,
                 San Diego, CA 92193-9019
14252981       +E-mail/Text: bankruptcydepartment@tsico.com Oct 12 2018 02:35:18       Nco Fin/55,    Po Box 15087,
                 Wilmington, DE 19850-5087
14252982       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2018 02:34:27       PA Dept. of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0001
14258968        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2018 02:34:27       Pennsylvania Department of Revenue,
                 Bankruptcy Division PO Box 280946,    Harrisburg, Pa. 17128-0946
14252986        EDI: VERIZONCOMB.COM Oct 12 2018 06:23:00      Verizon,    P.O. Box 646,    Baltimore, MD 21265
                                                                                                TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAC BANK OF NY (CWABS 2007-SD1)
cr              Duquesne Light Company
14252968*      +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14252970*      +Equitable Gas Company,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14252973*       IRS,    Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
14252974*       IRS,    Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
                                                                                   TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Oct 11, 2018
                              Form ID: 309            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   BAC BANK OF NY (CWABS 2007-SD1) bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   BAC BANK OF NY (CWABS 2007-SD1)
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert B. Marcus    on behalf of Debtor Philip D. Long attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Joint Debtor Margaret H. Long attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```