**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PHILIP D. LONG
    MARGARET H. LONG
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Case No.:16-22408 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/30/2016 and confirmed on 08/11/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,000.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 2,094.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,594.40 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 43,285.01 | 0.00 | 43,285.01 |
|     Acct: 5436 | | | | |
|   CITIFINANCIAL (RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 40,074.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 5436 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,254.89 | 1,013.44 | 107.15 | 1,120.59 |
|     Acct: 6028 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6028 | | | | |
|   CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 44,405.60 |
| Priority | | | | |
|   ROBERT B MARCUS ESQ PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHILIP D. LONG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROBERT B MARCUS ESQ PC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 28,477.78 | 0.00 | 0.00 | 0.00 |
| Acct: 6028 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,442.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6028 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5436 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICREDIT FNCL SVCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT BUREAU INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0680 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 202.31 | 0.00 | 0.00 | 0.00 |
| Acct: 6028 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 481.20 | 0.00 | 0.00 | 0.00 |
| Acct: 7545 | | | | |
| HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| J C CHRISTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN & CHERYL FANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLIED DATA CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1585 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8699 | | | | |
| PATHOLOGY & NUCLEAR MED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROVIDIAN NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 3,859.69 | 0.00 | 0.00 | 0.00 |
| Acct: 6028 | | | | |
| PA DEPARTMENT OF REVENUE* | 247.06 | 0.00 | 0.00 | 0.00 |
| Acct: 6028 | | | | |

| 16-22408 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 44,405.60 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 30,920.43 | |
| SECURED | 42,329.81 | |
| UNSECURED | 4,790.26 | |

Date: 12/06/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com